**INTERNATIONAL BUSINESS MACHINES CORPORATION, Plaintiff–Cross Appellant,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 02–5022, 02–5025.

United States Court of Appeals, Federal Circuit.

Dec. 26, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Brian J. RODDY**

No. 02–1009.

United States Court of Appeals, Federal Circuit.

Dec. 27, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).